CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
MAR 3 0 2012
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ERIC JOSEPH DEPAOLA, | Civil Action No. 7:11-cv-00198 |
| Plaintiff, | |
| v. | **FINAL ORDER** |
| JAMES WADE, et al. | |
| | By: Samuel G. Wilson |
| Defendants. | United States District Judge |

For the reasons stated in the memorandum opinion entered on this day, it is hereby **ADJUDGED** and **ORDERED** that the defendant's motion for summary judgment is **GRANTED** on the plaintiff's claims pursuant to the First Amendment and the Religious Land Use and Institutionalized Persons Act, 42 U.S.C. § 2000cc. Further, the plaintiff's equal protection claim is **DISMISSED** without prejudice pursuant to 28 U.S.C. 1915(e)(2)(B). The clerk is **DIRECTED** to strike this matter from the court's active docket.

The clerk is further directed to send a copy of this order and the accompanying memorandum opinion to the parties.

**ENTER**: This 30th day of March 2012.

_____
UNITED STATES DISTRICT JUDGE